Robert Eugene JOHNSON, Jr.,
Plaintiff–Appellant,

v.

A. David ROBINSON, Warden of Notto-
way Correctional Center; Leslie Os-
born, Institutional Attorney for Notto-
way Correctional Center, Defendants–
Appellees.

No. 01–7249.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2001.

Decided Dec. 20, 2001.

Robert Eugene Johnson, Jr., pro se.

Before WILLIAMS, MICHAEL, and
KING, Circuit Judges.

PER CURIAM.

Robert Eugene Johnson, Jr., a Virginia
inmate, appeals the district court's order
denying relief on his 42 U.S.C.A. § 1983
(West Supp.2001) complaint under 28
U.S.C.A. § 1915A (West Supp.2001). We
have reviewed the record and the district
court's opinion accepting the recommenda-
tion of the magistrate judge and find that
this appeal is frivolous. Accordingly, we
dismiss the appeal on the reasoning of the
district court. *See Johnson v. Robinson*,
No. CA–01–144–3 (E.D.Va. July 10, 2001).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*